Plaintiff Name

Terry Curtis

VS                                    Civil Action

Nurse Connie Doe              No. 3:20-cv-16-HTW-LAA
Sheriff Byrant Bailey
Captain Berry Vaughn
Rankin County Etl

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 10 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

Complaint

Plaintiff's
Terry Curtis


Defendants

Nurse Connie
Sheriff Byrant Bailey
Captain Berry Vaughn
Rankin County Etl

I

Hinds County

Defendants

Nurse Connie Doe
Sheriff Bryant Bailey
Captain Berry Vaughn
Rankin County Etl

County Rankin

State Mississippi

## Facts

I WAS ARRESTED ON Nov, 25, 2019 AND Booked INTO the RANKIN County Jail WHERE I ADVISED the Booking OFFICER That I Had A Chronic Illness AS well AS life threatening if Not treated daily I Have HIV. AND I REQUESTED Medicine for the ENTIRE time I WAS there AND my Family Called Almost EVERY day ADVISING them of the SAME thing BUT I WAS Constantly IGNORE for 6 weeks in which my Illness progressed my T.C. went down AND my VIRAl load went up in which COVID Become had This WAS AND IS A Direct DENIAL of Medical Attention AS WELL AS A CRUEl AN UNUSAl PUNISHMENT that WAS inflicted Up on me for No REASON it Violates the 8th AND 14th Amendment

## Relief

$100,000 dollars from Sheriff Bryant Bailey because He is the sheriff of Rankin County and He over see the Jail As well as Has over all Supevision of all the employees He is Being sued in His indivial and full capacity

$100,000 Collars from Captain Vaughn Because He the captain of the Jail and He oversees all Employees As well as Train them and He's Being sued in His indivial and full capacity

100,000 dollars from Nurse Connie Doe nurse Connie makes all the decision pertaining to inmates at the Rankin County Jail and She failed to give me direct medical on several different occasions and She also falsefyed information to my family numerous times I was there 6 weeks and I never recieved any medicine.

## Relief

I HERE BY DEMAND THAT PUNTIVES DAMGES to BE determine BY A JURY

defendants).

## FACTS

(Plaintiff is to make a short and plain statement of the claim along with the facts that show

why the plaintiff is entitled to relief).

## RELIEF

(Plaintiff is to state what relief he/she is seeking to obtain from the court).

Respectfully submitted, this the _9_ day of _January_ , 20_20_.

_____

(signature of plaintiff)

NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

~~(name of plaintiff)~~     Terry Curtis

___(mailing address of plaintiff)___     338 E. Leavell Woods Dr.,

___(city, state and zip code)___     Jackson, MS 39212

___(phone number of plaintiff)___

601- 500-1167